JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO CERVANTES, <br><br> Petitioner, <br><br> v. <br><br> RAYMOND MADDEN, <br><br> Respondent. | Case No. CV 19-10924-JVS (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: June 22, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE